```
Michael M. Noble, SBN: 170934
2017 5th Street
Sacramento, CA  95818
Tel:  (916) 442-4412
Fax: (916) 443-2134

Attorney for Debtor
Adelaida F. Desamito
```
FILED
May 18, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002641938

United States Bankruptcy Court
Eastern District of California

In re

Adelaida F. Desamito

                    Debtor
_____/

Case No. 10-29647-B-7

In Chapter 7

MCN:  MMN-1

**Motion To Compel Trustee
To Abandon Property**

Date: June 15, 2010

Time: 9:32 A.M.

Ctrm: 32

**The Debtor Moves** the Court to compel the Trustee to abandon the real property located at 4930 Arden Way, Carmichael, CA  95608 and business equipment listed on the Debtors' schedules and operating as Aida's Family Home (hereinafter referred to as "property").  The property is of inconsequential value or benefit to the estate under section 554(b) of the Bankruptcy Code.

The Debtors believe the property is worth $181,700 according to her schedules and the declaration of Debtor.  The real property on Arden Way is vauled at $180,000 on schedule A.  The business equipment is valued at $1,700 on Schedule B.  The real property is over encumbered by two deeds of trust listed on Schedule D.  All of the equity is fully exempt leaving no benefit to the estate.  See Exhibits in Support of this motion and the Debtor's declaration.

The Debtor is self employed as the owners of Aida's Family Home. See Debtor's declaration. Debtor requests the Court to compel the Trustee to abandon all scheduled assets, including the business assets and operation, from the estate.

Wherefore, the Debtor respectfully requests the Court to compel the Trustee to abandon the property.

Dated: May 18, 2010                By:   /s/ Michael M. Noble
                                         Michael M. Noble, Attorney for Debtor